IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, AND MARK S. PULLIAM, PLAINTIFFS, | § § § § | |
| V. | § § | CAUSE NO. 1:19-CV-219-LY |
| JOE K. LONGLEY, ET AL., DEFENDANTS. | § § § | |

## ORDER

Before the court are Defendants' Opposed Emergency Motion for Extension of Time to File Responses to Plaintiffs' Motion for Preliminary Injunction and Motion for Partial Summary Judgment on Liability filed March 26, 2019 (Doc. #14) and Plaintiffs' Response to Defendants' Emergency Motion for Extension of Time to File Response to Plaintiffs' Motion for Preliminary Injunction and Motion for Partial Summary Judgment filed March 29, 2019 (Doc. #21). Having considered the motion and response, the court is of the opinion that the motion should be granted. Plaintiffs' constitutional challenge to compelled association with the State Bar of Texas' long-standing administration procedures and policies warrants full and fair briefing by all parties that outweighs Plaintiffs' desire for the court to expeditiously address their alleged ongoing First Amendment harms.

**IT IS THEREFORE ORDERED** that Defendants' Opposed Emergency Motion for Extension of Time to File Responses to Plaintiffs' Motion for Preliminary Injunction and Motion for Partial Summary Judgment on Liability filed March 26, 2019 (Doc. #14) is **GRANTED AS FOLLOWS**: Defendants' response to Plaintiffs' Motion for Preliminary Injunction (Doc. #5) and

Plaintiffs' Motion for Partial Summary Judgment (Doc. #6) shall be filed with the court **on or before May 13, 2019**.

SIGNED this **29th** day of March, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE