**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, and MARK S. PULLIAM, <br><br> Plaintiffs, <br><br> vs. <br><br> JOE K. LONGLEY, et al., <br><br> Defendants, | No. 1:19-cv-219-LY |

**NOTICE OF SUPPLEMENTAL FILING
OF CERTIFICATE OF CONFERENCE**

                                        **Scharf-Norton Center for
Constitutional Litigation at the
GOLDWATER INSTITUTE**
Matthew R. Miller (TX Bar # 24046444)
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorneys for Amicus Goldwater Institute*

May 2, 2019

1

Matthew Miller on behalf of the Goldwater Institute hereby files this Certificate of Conference for Goldwater Institute's Unopposed Motion for Leave to File Brief *Amicus Curiae* (Doc. 24). Consent was noted in paragraph one of the Motion, but a certificate of conference was inadvertently omitted in the original filing. It is now attached to this filing.

**RESPECTFULLY SUBMITTED** this 2nd day of May, 2019 by:

/s/ Matthew R. Miller
Matthew R. Miller
**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**

*Attorneys for Amicus Goldwater Institute*

## CERTIFICATE OF SERVICE

Document Electronically Filed and Served by ECF this 2nd day of May, 2019 to:

| | |
|---|---|
| William S. Consovoy | Thomas S. Leatherbury |
| Jeffrey M. Harris | VINSON & ELKINS |
| Cameron T. Norris | Trammell Crow Center |
| Samuel D. Adkisson | 2001 Ross Ave., Ste. 3900 |
| CONSOVOY McCARTHY PARK PLLC | Dallas, TX 75201 |
| 3033 Wilson Boulevard, Suite 700 | tleatherbury@velaw.com |
| Arlington, VA 22201 | *Counsel for Defendants* |
| cam@consovoymccarthy.com | |
| *Counsel for Plaintiffs* | |

/s/ Matthew R. Miller
Matthew R. Miller

## CERTIFICATE OF CONFERENCE

I certify that counsel for *Amicus Curiae* Goldwater Institute conferred with counsel for Plaintiffs and counsel for Defendants about the relief sought by this motion, who confirmed that neither Plaintiffs nor Defendants oppose this motion.

>*/s/ Matthew R. Miller*
>Matthew R. Miller