IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
19 MAY 16 PM 4:59
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | | |
|---|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, AND MARK S. PULLIAM, PLAINTIFFS, | § § § § | |
| V. | § § | CAUSE NO. 1:19-CV-219-LY |
| JOE K. LONGLEY, ET AL., DEFENDANTS. | § § § | |

## ORDER

**IT IS HEREBY ORDERED** that a Conference with the court is **SET** in the above entitled and number cause for **Thursday, May 23, 2019, at 2:30 p.m.** in Courtroom No. 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this _16th_ day of May, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE