IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TONY K. MCDONALD, JOSHUA B.
HAMMER, and MARK S. PULLIAM,

    *Plaintiff*,

v.

JOE K. LONGLEY, et al.,

    *Defendants*.

Case No. 1:19-cv-219-LY

**PLAINTIFFS' REPLY IN SUPPORT OF PRELIMINARY INJUNCTION**

Plaintiffs' bar dues—one of the core items challenged in this suit—are due on June 1, 2019. On March 25, 2019, Plaintiffs sought a preliminary injunction asking the Court to enjoin the Bar from (1) taking any action to investigate, threaten, or punish Plaintiffs for failing to associate with the Bar during the pendency of this action; and (2) taking any action to investigate, threaten, or punish Plaintiffs for failing to pay bar dues or the legal services fee during the pendency of this action. ECF No. 5.

With the June 1 deadline rapidly approaching, and with the Bar suggesting that Plaintiffs might be deemed no longer in good standing if they failed to pay their dues by that date, *see* ECF No. 55, Plaintiffs had no choice but to pay their dues in advance of the deadline. As discussed at the status conference with the Court on May 23, Plaintiffs have paid their dues under protest and while reserving their right to seek all available remedies, including restitution, in the event they prevail in this case.

Although a preliminary injunction in advance of the June 1 deadline is no longer necessary, Plaintiffs appreciate the Court's willingness to expedite the hearing on the parties' cross-motions for summary judgment. To avoid the need for future preliminary injunctive relief while the case is litigated

1

to completion, Plaintiffs respectfully request that the case be resolved on a schedule that will result in a decision (including a decision on any appeals by either party) in advance of the deadline for the next cycle of dues on June 1, 2020.

                                                Respectfully submitted,

Dated: May 31, 2019                                */s/ Cameron T. Norris*

                                                William S. Consovoy
                                                Jeffrey M. Harris
                                                Cameron T. Norris
                                                Samuel D. Adkisson
                                                CONSOVOY MCCARTHY PLLC
                                                3033 Wilson Boulevard, Suite 700
                                                Arlington, VA 22201
                                                (703) 243-9423
                                                cam@consovoymccarthy.com

                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the Court's CM/ECF system, which will send notification of the filing to the following:

Thomas S. Leatherbury
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
tleatherbury@velaw.com

Joshua S. Johnson
Morgan A. Kelley
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
joshjohnson@velaw.com
mkelley@velaw.com

Patrick W. Mizell
Deborah C. Milner
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
pmizell@velaw.com
cmilner@velaw.com

*Counsel for Defendants*

May 31, 2019

                                      */s/ Cameron T. Norris*
                                      CAMERON T. NORRIS
                                      *Counsel for Plaintiffs*