IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, and MARK S. PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>JOE K. LONGLEY, et al.,<br><br>*Defendants*. | Case No. 1:19-cv-219-LY |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS
TONY K. MCDONALD, JOSHUA B. HAMMER, AND MARK S. PULLIAM**

1.     Attorney Samuel D. Adkisson was admitted *pro hac vice* in this matter by Order of the Court on March 26, 2019. *See* ECF No. 12. Along with other attorneys at Consovoy McCarthy PLLC, he represents Plaintiffs Tony K. McDonald, Joshua B. Hammer, and Mark S. Pulliam in this matter.

2.     Local Rule AT-3 provides, "An attorney seeking to withdraw from a case must file a motion specifying the reasons for withdrawal and providing the name and office address of the successor attorney. If the successor attorney is not known, the motion must set forth the client's name, address, and telephone number, and must bear either the client's signature or a detailed explanation why the client's signature could not be obtained after due diligence."

3.     Mr. Adkisson hereby moves to withdrawal from this matter. Effective June 1, 2019, he is leaving Consovoy McCarthy PLLC and will thereafter serve as a law clerk on the U.S. Court of Appeals for the D.C. Circuit. The attorneys of Consovoy McCarthy PLLC will continue representing Plaintiffs in this suit. This includes William S. Consovoy, Jeffrey M. Harris, and Cameron T. Norris. The firm's office is located at 3033 Wilson Boulevard, Suite 700, in Arlington, Virginia, 22201.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 1, 2019 | */s/ Samuel Adkisson* |

SAMUEL D. ADKISSON
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
(703) 243-9423
sam@consovoymccarthy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that pursuant to Local Court Rule CV-7(i), Plaintiffs' counsel has conferred with Defendants' counsel in a good-faith attempt to reach agreement regarding the relief sought in this motion. Defendants counsel indicated that they do not oppose the proposed motion.

June 1, 2019

                                                  */s/ Samuel Adkisson*

                                                  SAMUEL D. ADKISSON
                                                  CONSOVOY MCCARTHY PLLC
                                                  3033 Wilson Boulevard, Suite 700
                                                  Arlington, VA 22201
                                                  (703) 243-9423
                                                  sam@consovoymccarthy.com

                                                  *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the Court's CM/ECF system, which will send notification of the filing to the following:

Thomas S. Leatherbury
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
tleatherbury@velaw.com

Joshua S. Johnson
Morgan A. Kelley
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
joshjohnson@velaw.com
mkelley@velaw.com

Patrick W. Mizell
Deborah C. Milner
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
pmizell@velaw.com
cmilner@velaw.com

*Counsel for Defendants*

   */s/ Samuel Adkisson*

SAMUEL D. ADKISSON
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
(703) 243-9423
sam@consovoymccarthy.com

*Counsel for Plaintiffs*