19 JUN -3 PM 3: 50

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

TONY K. MCDONALD, JOSHUA B.
HAMMER, and MARK S. PULLIAM,

*Plaintiffs,*

v.

Case No. 1:19-cv-219-LY

JOE K. LONGLEY, et al. ,

*Defendants.*

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion to Increase Page Limits, filed with the Court on May 31, 2019. That motion is **GRANTED.**

**IT IS THEREFORE ORDERED** that the page limit for Plaintiffs' Reply in Support of Partial Summary Judgment on Liability (ECF No. 6) shall be increased from 10 pages to 15 pages, and the page limit for Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment (ECF No. 35) shall be increased from 20 pages to 25 pages.

SIGNED this **3rd** day of **June** , 2019.

THE HONORABLE LEE YEAKEL