IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, AND MARK S. PULLIAM, PLAINTIFFS, | § § § § | |
| V. | § | CAUSE NO. 1:19-CV-219-LY |
| JOE K. LONGLEY, ET AL., DEFENDANTS. | § § § § | |

## ORDER

Before the court is Defendants' Motion to Dismiss filed May 13, 2019 (Doc. #34). On May 31, 2019, Plaintiffs filed Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (Doc. #62). Plaintiffs' First Amended Complaint was also filed on May 31, 2019 (Doc. #59).

In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendants' Motion to Dismiss filed May 13, 2019 (Doc. #34) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 4th day of June, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE