# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, and MARK S. PULLIAM,<br><br>      Plaintiffs,<br><br>    v.<br><br>RANDALL O. SORRELS, et al.,<br><br>      Defendants. | Civil Action No. 1:19-cv-00219-LY |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In arguing that *Janus v. American Federation of State, County, & Municipal Employees*, 138 S. Ct. 2448 (2018), supports their arguments in this case, Plaintiffs and Texas Attorney General Ken Paxton as *amicus curiae* have cited the Supreme Court's post-*Janus* grant, vacate, and remand order in *Fleck v. Wetch*, 139 S. Ct. 590 (2018). *See, e.g.*, Hr'g Tr. 9:12-10:7 (Aug. 1, 2019); Att'y Gen. Amicus Br. 7 n.4 (ECF No. 40). On August 30, 2019, the Eighth Circuit issued its decision on remand in *Fleck*. The court once again affirmed the district court's grant of summary judgment in favor of the State Bar Association of North Dakota on the *Fleck* plaintiff's First Amendment claims. In doing so, the court confirmed that "*Janus* did not overrule *Keller* [*v. State Bar of California*, 496 U.S. 1 (1990)]." *Fleck v. Wetch*, No. 16-1564, slip op. at 10-11 (8th Cir. Aug. 30, 2019). The court's opinion is attached to this notice.

<p style="display:none"></p>

| | |
|---|---|
| Dated: August 30, 2019 | Respectfully submitted, |

 

                                                   */s/ Thomas S. Leatherbury*

Joshua S. Johnson (admitted *pro hac vice*)     Thomas S. Leatherbury
State Bar No. 24070002     State Bar No. 12095275
Morgan A. Kelley (admitted *pro hac vice*)     VINSON & ELKINS LLP
State Bar No. 1617261     2001 Ross Avenue
VINSON & ELKINS LLP     Suite 3900
2200 Pennsylvania Avenue NW     Dallas, TX 75201
Suite 500 West     Tel: (214) 220-7792
Washington, DC 20037     Fax: (214) 999-7792
Tel: (202) 639-6623     tleatherbury@velaw.com
Fax: (202) 879-8934
joshjohnson@velaw.com     Patrick W. Mizell
mkelley@velaw.com     State Bar No. 14233980
    Deborah C. Milner
    State Bar No. 24065761
    VINSON & ELKINS LLP
    1001 Fannin Street
    Suite 2500
    Houston, TX 77002
    Tel: (713) 758-2932
    Fax: (713) 615-5912
    pmizell@velaw.com
    cmilner@velaw.com

                                      *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2019, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the Court's CM/ECF system, which will send notification of such filing to the following:

William S. Consovoy
Jeffrey M. Harris
Cameron T. Norris
Consovoy McCarthy Park PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
Fax: (703) 243-9423
will@consovoymccarthy.com
*Counsel for Plaintiffs Tony K. McDonald, Joshua B. Hammer, and Mark S. Pulliam*

Cynthia A. Morales
Office of the Attorney General
P.O. Box 12548, Mail Code 009
Austin, TX 78711
Tel: (512) 936-1414
cynthia.morales@oag.texas.gov
*Counsel for Amicus Curiae Texas Attorney General Ken Paxton*

Matthew R. Miller
Goldwater Institute
500 E. Coronado Rd.
Phoenix, AZ 85004-1543
Tel: (602) 462-500
litigation@goldwaterinstitute.org
*Counsel for Amicus Curiae Goldwater Institute*

Jason M. Panzer
Lauren B. Ross
Herring & Panzer, LLP
1411 West Avenue, Suite 100
Austin, TX 78701
Tel: (512) 320-0665
Fax: (512) 519-7580
jason@herringpanzer.com
*Counsel for Amicus Curiae Texas Legal Ethics Counsel*

Charles "Chad" Baruch
Randy Johnston
Johnston Tobey Baruch, P.C.
P.O. Box 215
Addison, TX 75001
Tel: (214) 741-6260
Fax: (214) 741-6248
chad@jtlaw.com
*Counsel for Amici Curiae Former Presidents of the State Bar of Texas et al.*
*Counsel for Amici Curiae Concerned Lawyers of Color*

Macey Reasoner Stokes
J. Mark Little
910 Louisiana Street
Houston, TX 77002
Tel: (713) 229-1369
Fax: (713) 229-7869
macey.stokes@bakerbotts.com
*Counsel for Amicus Curiae Texas Access to Justice Commission*

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
*Counsel for Defendants*