**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, and MARK S. PULLIAM,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RANDALL O. SORRELS, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-00219-LY |

**UNOPPOSED MOTION FOR WITHDRAWAL OF DEBORAH C. MILNER AS COUNSEL FOR DEFENDANTS, AND REQUEST FOR TERMINATION OF NOTICE**

Defendants file this unopposed motion for withdrawal of Deborah C. Milner as their counsel, and states as follows:

1.　　Deborah C. Milner is leaving the firm of Vinson & Elkins LLP and will no longer act as counsel for Defendants in this action.

2.　　Thomas S. Leatherbury, Patrick W. Mizell, Joshua S. Johnson, and Morgan A. Kelley of Vinson & Elkins LLP will continue to represent Defendants in this matter.

3.　　Ms. Milner's withdrawal will not cause delay.

Defendants respectfully request that the Court grant this motion and remove Ms. Milner from the official service list in this matter.

1

Dated: September 13, 2019

Respectfully submitted,

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
State Bar No. 12095275
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: (214) 220-7792
Fax: (214) 999-7792
tleatherbury@velaw.com

Patrick W. Mizell
State Bar No. 14233980
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
Tel: (713) 758-2932
Fax: (713) 615-5912
pmizell@velaw.com

Joshua S. Johnson (admitted *pro hac vice*)
State Bar No. 24070002
Morgan A. Kelley (admitted *pro hac vice*)
State Bar No. 1617261
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639-6623
Fax: (202) 879-8934
joshjohnson@velaw.com
mkelley@velaw.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 10, 2019, I conferred with counsel for Plaintiffs, and Plaintiffs are unopposed to this motion.

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury

2

## CERTIFICATE OF SERVICE

I certify that on September 13, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the Court's CM/ECF system, which will send notification of such filing to the following:

William S. Consovoy
Jeffrey M. Harris
Cameron T. Norris
Samuel D. Adkisson
Consovoy McCarthy Park PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
Fax: (703) 243-9423
will@consovoymccarthy.com
*Counsel for Plaintiffs Tony K. McDonald, Joshua B. Hammer, and Mark S. Pulliam*

Cynthia A. Morales
Office of the Attorney General
P.O. Box 12548, Mail Code 009
Austin, TX 78711
Tel: (512) 936-1414
cynthia.morales@oag.texas.gov
*Counsel for Amicus Curiae Texas Attorney General Ken Paxton*

Matthew R. Miller
Goldwater Institute
500 E. Coronado Rd.
Phoenix, AZ 85004-1543
Tel: (602) 462-500
litigation@goldwaterinstitute.org
*Counsel for Amicus Curiae Goldwater Institute*

Jason M. Panzer
Lauren B. Ross
Herring & Panzer, LLP
1411 West Avenue, Suite 100
Austin, TX 78701
Tel: (512) 320-0665
Fax: (512) 519-7580
jason@herringpanzer.com
*Counsel for Amici Curiae Texas Legal Ethics Counsel*

Charles "Chad" Baruch
Randy Johnston
Johnston Tobey Baruch, P.C.
P.O. Box 215
Addison, TX 75001
Tel: (214) 741-6260
Fax: (214) 741-6248
chad@jtlaw.com
*Counsel for Amici Curiae Former Presidents of the State Bar of Texas et al.*

Macey Reasoner Stokes
J. Mark Little
910 Louisiana Street
Houston, TX 77002
Tel: (713) 229-1369
Fax: (713) 229-7869
macey.stokes@bakerbotts.com
*Counsel for Amicus Curiae Texas Access to Justice Commission*

Dated: September 13, 2019

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
*Counsel for Defendants*