IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, and MARK S. PULLIAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>RANDALL O. SORRELS, et al.,<br><br>*Defendants*. | Case No. 1:19-cv-219-LY |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
AND REQUEST FOR STATUS CONFERENCE**

Plaintiffs Tony McDonald, Joshua Hammer, and Mark Pulliam recently received notices from the Texas Bar informing them that their annual membership fees are due on June 1, 2020. *See* Ex. A. Plaintiffs continue to be coerced to join and fund the Bar as a precondition to engaging in their profession; the Bar continues to engage in political and ideological activities, including lobbying; and the Bar continues to employ wholly inadequate opt-out procedures for members who object to its political activities.

Plaintiffs initially moved for a preliminary injunction on March 25, 2019, well in advance of the June 1, 2019 due date for last year's dues. *See* Dkt. No. 5 at 10 (noting "the deadline for Plaintiffs to pay their 2019-2020 Bar dues is June 1"). During the last dues cycle, Plaintiffs—per the Court's request—paid their dues under protest. *See* Dkt. No. 58 at 19. Plaintiffs also agreed that the Court need not schedule their preliminary injunction motion for a hearing as long as there would be an expeditious decision on the parties' cross-motions for summary judgment. As Plaintiffs' counsel stated at the summary judgment hearing on August 8, 2019, "our preliminary injunction motion is still live, but I think at the last status conference we basically – the Court agreed to expedite the case and do a

faster hearing. So I think we basically said, as long as the case is resolved in a timely manner, we don't need a decision on the preliminary injunction." Dkt. No. 89 at 62.

With the June 1 due date for 2020 bar dues rapidly approaching, Plaintiffs respectfully request a status conference with the Court to discuss how they should proceed with the upcoming dues cycle and whether Plaintiffs' still-pending preliminary injunction motion should be set for a hearing.

|  | Respectfully submitted, |
|---|---|
| Dated: May 6, 2020 | /s/ Cameron T. Norris |

William S. Consovoy (VA 47704)
Jeffrey M. Harris (VA 93883)
Cameron T. Norris (VA 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing with the Clerk of this Court via CM/ECF, which will electronically notify the following:

Thomas S. Leatherbury
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Ave., Ste. 3900
Dallas, TX 75201
tleatherbury@velaw.com

Joshua S. Johnson
Morgan A. Kelley
VINSON & ELKINS LLP
2200 Pennsylvania Ave. NW
Ste. 500 W.
Washington, DC 20037
joshjohnson@velaw.com
mkelley@velaw.com

Patrick W. Mizell
Deborah C. Milner
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
pmizell@velaw.com
cmilner@velaw.com

*Counsel for Defendants*

Cynthia A. Morales
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Mail Code 009
Austin, TX 78711
Tel: (512) 936-1414
cynthia.morales@oag.texas.gov

*Counsel for Amicus Curiae Texas Attorney General Ken Paxton*

Matthew R. Miller
GOLDWATER INSTITUTE
500 E. Coronado Rd.
Phoenix, AZ 85004-1543
litigation@goldwaterinstitute.org

*Counsel for Amicus Curiae Goldwater Institute*

Jason M. Panzer
Lauren B. Ross
HERRING & PANZER, LLP
1411 West Avenue, Suite 100
Austin, TX 78701
jason@herringpanzer.com

*Counsel for Amicus Curiae Texas Legal Ethics Counsel*

Charles "Chad" Baruch
Randy Johnston
JOHNSTON TOBEY BARUCH, P.C.
P.O. Box 215
Addison, TX 75001
chad@jtlaw.com

*Counsel for Amici Curiae Former Presidents of the State Bar of Texas et al. and Concerned Lawyers of Color*

Macey Reasoner Stokes
J. Mark Little
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
macey.stokes@bakerbotts.com

*Counsel for Amicus Curiae Texas Access to Justice Commission*

Dated: May 6, 2020

           */s/ Cameron T. Norris*
           Counsel for Plaintiffs