IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 MAY 29  PM 4:05
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY

| | |
|---|---|
| TONY K. MCDONALD, JOSHUA B. HAMMER, AND MARK S. PULLIAM, <br> PLAINTIFFS, <br><br> V. <br><br> RANDALL O. SORRELS, LARRY P. MCDOUGAL, JOE K. LONGLEY, LAURA GIBSON, BRITNEY E. HARRISON, ANDRES E. ALMANZAN, JERRY C. ALEXANDER, KATE BIHM, REBEKAH STEELY BROOKER, LUIS M. CARDENAS, ALISON W. COLVIN, DEREK COOK, ROBERT D. CRAIN, CHRISTINA DAVIS, ALISTAIR B. DAWSON, LESLIE DIPPEL, MICHAEL DOKUPIL, VICTOR FLORES, JARROD T. FOERSTER, LAURA GIBSON, JOHN CHARLES GINN, SHARI GOLDSBERRY, MARC E. GRAVELY, AUGUST W. HARRIS III, JOE "RICE" HORKEY, JR., WENDY-ADELE HUMPHREY, MICHAEL K. HURST, NEIL D. KELLY, DAVID C. KENT, ALDO D. LOPEZ, YOLANDA CORTES MARES, ROBERT E. MCKNIGHT, JR., STEPHEN J. NAYLOR, AMIE S. PEACE, SALLY PRETORIUS, CARMEN M. ROE, ADAM T. SCHRAMEK, DAVID K SERGI, ALAN E. SIMS, DINESH H. SINGHAL, JASON SMITH, SANTOS VARGAS, G. MICHAEL VASQUEZ, K. NICOLE VOYLES, AMY WELBORN, JAMES WESTER, JAMES C. WOO, AND DIANE ST. YVES, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF DIRECTORS OF THE STATE BAR OF TEXAS, <br> DEFENDANTS. | CAUSE NO. 1:19-CV-219-LY |

## **FINAL JUDGMENT**

Before the court is the above entitled cause of action. On this date, the court rendered an order granting Defendants summary judgment. Accordingly, the court renders the following Final

Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs **TAKE NOTHING** by their suit against Defendants.

**IT IS FURTHER ORDERED** that Defendants are awarded costs.

**IT IS FINALLY ORDERED** the case is **CLOSED**.

SIGNED this __29th__ day of May, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE